IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                             March 1, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LORENZO SANCHEZ-LEON

vs                                                 CIVIL 98-1062CCC

HECTOR LUIS COLON-MENDOZA, et al

By order of the Court, the docket shall reflect that the Motion in Limine and the Motion Joining the in Limine Filed by Co-defendants (**docket entries 69 and 72**) are MOOT.

rmf - Secretary