IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LORENZO SANCHEZ-LEON

Plaintiff

vs

CIVIL 98-1062CCC

HECTOR LUIS COLON-MENDOZA, in his personal capacity and as Mayor of the Municipality of Guayama; EDUARDO E. CINTRON-SUAREZ, in his personal capacity and as Director of Human Resources of the Municipality of Guayama; the MUNICIPALITY OF GUAYAMA; PERSONNEL ADMINISTRATION SYSTEM APPEAL BOARD AND ITS BOARD MEMBERS HON. MIGUEL ROSARIO-REYES AND HON. ROSA PACHECO-FONTAN

Defendants

## ORDER TO SHOW CAUSE

Plaintiffs shall, within fifteen days after notice, show cause why this case should not be dismissed in view of the Court's Opinion and Order dated January 18, 2000 dismissing the claims against Eduardo Cintrón and Héctor L. Colón (see docket entry 76).

SO ORDERED.

At San Juan, Puerto Rico, on March 1, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)