IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LORENZO SANCHEZ-LEON

Plaintiff

vs

CIVIL 98-1062CCC

HECTOR LUIS COLON-MENDOZA, in his personal capacity and as Mayor of the Municipality of Guayama; EDUARDO E. CINTRON-SUAREZ, in his personal capacity and as Director of Human Resources of the Municipality of Guayama; the MUNICIPALITY OF GUAYAMA; PERSONNEL ADMINISTRATION SYSTEM APPEAL BOARD AND ITS BOARD MEMBERS HON. MIGUEL ROSARIO-REYES AND HON. ROSA PACHECO-FONTAN

Defendants

## PARTIAL JUDGMENT

For the reasons stated in our Opinion and Order filed on January 19, 2000 (see docket entry 76), this action is hereby DISMISSED as to Eduardo E. Cintrón-Suárez and Héctor L. Colón-Mendoza.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 19, 2000.

CARMEN CONSUELO CEREZO
United States District Judge