IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LORENZO SANCHEZ-LEON

Plaintiff

vs                                            CIVIL 98-1062CCC

HECTOR LUIS COLON-MENDOZA, in his
personal capacity and as Mayor of the
Municipality of Guayama; EDUARDO E.
CINTRON-SUAREZ, in his personal capacity
and as Director of Human Resources of the
Municipality of Guayama; the MUNICIPALITY
OF GUAYAMA; PERSONNEL
ADMINISTRATION SYSTEM APPEAL
BOARD AND ITS BOARD MEMBERS HON.
MIGUEL ROSARIO-REYES AND HON.
ROSA PACHECO-FONTAN

Defendants

## JUDGMENT

Having considered plaintiff's Answer to Order to Show Cause (**docket entry 79**) and the defendants' Motion Requesting Dismissal (**docket entry 80**), the same is DENIED.

The amended complaint filed by plaintiff on March 12, 1999 contains no allegations against the Guayama Municipality (**docket entry 53**). All the averments contained thereto were only directed against Héctor Colón-Mendoza and Eduardo Cintrón-Suárez both in their personal and official capacities as Mayor and Director of Human Resources for the Guayama Municipality, respectively.

In view of the Court's Opinion and Order dated January 18, 2000 dismissing the claims against Eduardo E. Cintrón Suárez and Héctor L. Colón-Mendoza (see docket entry 76) and the lack of specific allegations against the Guayama Municipality, the case is hereby DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 19, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)